No. ——–——. HOMAN & CRIMEN, INC., ET AL. *v.* SCHWEI-KER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Motion of petitioners to direct the Clerk to accept and docket the petition for writ of certiorari denied.

No. A–611 (80–1418). STEVLICH ET AL. *v.* UNITED STATES. C. A. 7th Cir. Application for recall and stay of mandate, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. A–625. ATIYEH, GOVERNOR OF OREGON, ET AL. *v.* CAPPS ET AL. D. C. Ore. Motion to vacate the stay heretofore entered by JUSTICE REHNQUIST is denied. JUSTICE BRENNAN and JUSTICE STEVENS would vacate the stay.

No. A–720. BUREAU OF ECONOMIC ANALYSIS, UNITED STATES DEPARTMENT OF COMMERCE *v.* LONG ET AL. Application for stay, presented to JUSTICE STEVENS, and by him referred to the Court, granted. The order of the United States District Court for the Western District of Washington, filed January 12, 1981, is stayed pending disposition of the appeal currently pending before the United States Court of Appeals for the Ninth Circuit.

No. A–737. YIP *v.* UNITED STATES; and

No. A–741. GAN *v.* UNITED STATES. Applications for continuation of bail, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–197. IN RE DISBARMENT OF CAMPBELL. Disbarment entered. [For earlier order herein, see 449 U. S. 978.]

No. D–206. IN RE DISBARMENT OF KERPELMAN. Disbarment entered. [For earlier order herein, see 449 U. S. 979.]

No. D–211. IN RE DISBARMENT OF BARBUTO. Disbarment entered. [For earlier order herein, see 449 U. S. 990.]